**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO. 1:20-CR-63-HAB-SLC |
| YANCIE O HUNTER, | |
| Defendant. | |

**OPINION AND ORDER**

Before the Court is a letter from Defendant Yancie Hunter ("Hunter") seeking the Court's assistance regarding placement in a halfway house. (ECF No. 104). Hunter pleaded guilty in April 2022 to a single count of being a felon in possession of a firearm, and in November 2022 he was sentenced to a mid-guideline-range sentence of 104 months' imprisonment with two years of supervised release. In his letter, Hunter claims he was supposed to be placed in a halfway house 19 months before his projected release date, but an outstanding traffic ticket from 2010 has now impeded that placement. With his letter, Hunter has attached his inmate record from the Bureau of Prisons ("BOP"), which indicates he "will be individually reviewed for RRC placement in accordance with the Second Chance Act of 2007 . . . within 17 to 19 months prior to release." (ECF No. 104-1 at 2).

The Court is unable to grant Hunter the relief he requests. Only the BOP can determine where a sentence is to be served, including placement at a Residential Reentry Center ("RRC"). *See* 18 U.S.C. § 3621(b) ("Any order, recommendation, or request by a sentencing court that a convicted person serve a term of imprisonment in a community corrections facility shall have no binding effect on the authority of the Bureau under this section to determine or change the place

of imprisonment of that person."); 18 U.S.C. § 3624(c)(1). As a result, the Court does not have the authority to order the BOP to transfer Hunter to a RRC facility.

For these reasons, the relief Hunter requests in his letter (ECF NO. 104) is DENIED.

**SO ORDERED** this 4th day of August 2026.

s/Holly A. Brady
CHIEF JUDGE HOLLY A. BRADY
UNITED STATES DISTRICT COURT

2